UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CEDRIQUEZ McCAA,<br>Petitioner | CIVIL DOCKET NO. 1:20-CV-991-P |
| VERSUS | JUDGE DRELL |
| UNITED STATES OF AMERICA,<br>*ET AL.*,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation (ECF No. 10) of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF Nos. 1, 5) is hereby DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue and WITHOUT PREJUDICE as to the merits of the claims.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 2nd day of December, 2020.

DEE. D. DRELL
UNITED STATES DISTRICT JUDGE